UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES DAVID WILSON<br><br>Defendant. | Case No.: 2:06-CR-00036-DSF<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

   (✓) information in the Pretrial Services Report and Recommendation

   (✓) information in the violation petition and report(s)

   ( ) the defendant's nonobjection to detention at this time

   (✓) other: ___information provided related to violation during sentence and ~~violate~~ issue at halfway house, including use of drugs and incarceration___

FILED CLERK, U.S. DISTRICT COURT SEP 20 2017 CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION BY DEPUTY

1

            and/ or

B. (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (✓)   information in the Pretrial Services Report and Recommendation
    (✓)   information in the violation petition and report(s)
    ( )   the defendant's nonobjection to detention at this time
    ( )   other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 9/20/17

SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE